UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LATRELL THOMAS, | No. 2:14-cv-2995 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MCCOMBER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed so that he can exhaust his administrative remedies. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: May 18, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/thom2995.59

1